J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Warner Bros.
Entertainment Inc.

Abraham H. Tang (SBN 186334)
*ahtang@ldlawyers.com*
Long & Delis
400 North Tustin Avenue, Suite 370
Santa Ana, California 92705
Telephone: (714) 668-1400
Facsimile: (714) 668-1411

Attorneys for Defendant Todd Loya,
an individual and d/b/a

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Entertainment Inc., <br><br> Plaintiff, <br><br> v. <br><br> Todd Loya, an individual and d/b/a www.fleshwoundvideo.com, and Does 1 – 10, inclusive, <br><br> Defendants. | Case No. CV11-4625 GAF (PLAx) <br><br> CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Entertainment Inc. ("Plaintiff") and Defendant Todd Loya, an individual and d/b/a fleshwoundvideo.com ("Defendant"), in this action, and good cause appearing therefore, hereby:

Warner Bros. v. Loya: [Proposed] Consent Decree     - 1 -

ORDERS that based on the parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, 15 U.S.C. § 1051 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiff claims that it owns or controls the pertinent rights in and to the copyright registrations identified in Exhibit A, attached hereto (collectively "Plaintiff's Properties").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Properties or substantially similar likenesses or colorable imitations thereof.

4) Defendant denies Plaintiff's allegations that he has made unauthorized uses of Plaintiff's Properties or substantially similar likenesses or colorable imitations thereof. This Consent Decree shall not serve as an admission of liability.

5) Defendant and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of the Injunction are hereby restrained and enjoined from:

    a) Infringing Plaintiff's Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, reproducing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of Plaintiff's Properties ("Unauthorized Products"), and, specifically from:

        i) Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiff's Properties;

      ii)      Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiff's Properties;

      iii)      Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the products sold by Defendant, or Defendant himself are connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, or are affiliated with Plaintiff;

      iv)      Affixing, applying, annexing or using in connection with the importation, manufacture, reproduction, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

6) Each side shall bear its own fees and costs of suit.

7) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

8) This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

9) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

10) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

1  11) The above-captioned action, shall, upon filing by Plaintiff of the Settlement

2  Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation,

3  and requesting entry of judgment against Defendant, be reopened should Defendant

4  default under the terms of the Settlement Agreement.

5  12) This Court shall retain jurisdiction over the Defendant for the purpose of

6  making further orders necessary or proper for the construction or modification of this

7  consent decree and judgment; the enforcement hereof; the punishment of any

8  violations hereof; and for the possible entry of a further Judgment Pursuant to

9  Stipulation in this action.

DATED:     March 28, 2012

*[signature: Gary Feess]*

Hon. Gary Allen Feess
Judge, United States District Court
for the Central District of California

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
       J. Andrew Coombs
       Nicole L. Drey
Attorneys for Plaintiff Warner Bros.
Entertainment Inc.

Long & Delis

By: _____
       Abraham H. Tang
Attorney for Defendant Todd Loya,
an individual and d/b/a
www.fleshwoundvideo.com

# Exhibit A

# Plaintiff's Copyrights

| Titles | Registration Numbers |
|---|---|
| Adventures of Brisco County Jr - Complete Series | 1. Pilot ep.: PA 711427; 2. Ep. 25: BAD LUCK BETTY: PA 711451 |
| Awakening, The | PA106609 |
| Borrower, The | PA 583891 |
| Deadly Friend | PA 314220 |
| Dial M for Murder -1955 | RE 131472 |
| Don't Be Afraid of the Dark | PA 109-555 |
| Freddy's Nightmares (Season One): Judy Miller, Come on Down | PA 417423 |
| Freddy's Nightmares (Season One): Saturday Night Special | PA 417428 |
| Freddy's Nightmares (Season One): Black Tickets | PA 417207 |
| Freddy's Nightmares (Season One): Cabin Fever | PA 417208 |
| Freddy's Nightmares (Season One): Deadline | PA 417216 |
| Freddy's Nightmares (Season One): Do Dreams Bleed? | PA 417212 |
| Freddy's Nightmares (Season One): Freddy's Tricks and Treats | PA 427151 |
| Freddy's Nightmares (Season One): Identity Crisis | PA 426087 |
| Freddy's Nightmares (Season One): Killer Instinct | PA 417421 |
| Freddy's Nightmares (Season One): Love Stinks | PA 417426 |
| Freddy's Nightmares (Season One): Missing Persons | PA 417215 |
| Freddy's Nightmares (Season One): Mother's Day | PA 418011 |
| Freddy's Nightmares (Season One): Rebel Without a Car | PA 417427 |
| Freddy's Nightmares (Season One): Safe Sex | PA 417211 |
| Freddy's Nightmares (Season One): School Daze | PA 417201 |
| Freddy's Nightmares (Season One): Sister's Keeper | PA 418008 |
| Freddy's Nightmares (Season One): The Art of Death | PA 417213 |
| Freddy's Nightmares (Season One): The Bride Wore Red | PA 417217 |
| Freddy's Nightmares (Season One): The End of the World | PA 417424 |
| Freddy's Nightmares (Season One): It's a Miserable Life | PA 417429 |
| Freddy's Nightmares (Season One): No More Mr. Nice Guy | PA 417425 |
| Freddy's Nightmares (Season Two): A Family Affair | PA 749971 |
| Freddy's Nightmares (Season Two): Bloodlines | PA 749967 |
| Freddy's Nightmares (Season Two): Do You Know Where Your Kids Are? | PA 750049 |
| Freddy's Nightmares (Season Two): Dream Come True | PA 750047 |
| Freddy's Nightmares (Season Two): Dreams That Kill | PA 750042 |
| Freddy's Nightmares (Season Two): Dust to Dust | PA 750041 |
| Freddy's Nightmares (Season Two): Easy Come, Easy Go | PA 750046 |
| Freddy's Nightmares (Season Two): Funhouse | PA 749972 |
| Freddy's Nightmares (Season Two): Heartbreak Hotel | PA 749970 |
| Freddy's Nightmares (Season Two): It's My Party and You'll Die if I | PA 750045 |

| | | |
|---|---|---|
| 1 | Want You To | |
| | Freddy's Nightmares (Season Two):  Life Sentence | PA 750044 |
| 2 | Freddy's Nightmares (Season Two):  Lucky Stiff | PA 749968 |
| 3 | Freddy's Nightmares (Season Two):  Memory Overload | PA 749964 |
| | Freddy's Nightmares (Season Two):  Monkey Dreams | PA 750043 |
| 4 | Freddy's Nightmares (Season Two):  Photo Finish | PA 749965 |
| 5 | Freddy's Nightmares (Season Two):  Prime Cut | PA 749966 |
| | Freddy's Nightmares (Season Two):  Prisoner of Love | PA 750040 |
| 6 | Freddy's Nightmares (Season Two):  Silence is Golden | PA 749969 |
| 7 | Freddy's Nightmares (Season Two):  Welcome to Springwood | PA 749973 |
| | Freddy's Nightmares (Season Two):  What You Don't Know Can Kill You | PA 750048 |
| 8 | House of Wax | 1953: RE 82-028<br>2005: PA 1271415 |
| 9 | Howling 7: New Moon Rising | PAu179911 |
| | Jason Goes to Hell: The Final Friday | PA 682227 |
| 10 | Journey To The Center Of The Earth 3D | Pau 3473826 |
| 11 | Lawnmower Man | PA 568029 |
| | MR. AND MRS. SMITH | 1941: R435621 |
| 12 | MR. AND MRS. SMITH (Season One): Pilot | PA 891685 |
| | MR. AND MRS. SMITH (Season One): Surburban Episode, The | PA 891681 |
| 13 | MR. AND MRS. SMITH (Season One): Second Episode, the | PA 891686 |
| 14 | MR. AND MRS. SMITH (Season One): Poor Pitiful Put-Upon Singer Episode, The | PA 891689 |
| 15 | MR. AND MRS. SMITH (Season One): Grape Escape Episode, The | PA 891688 |
| 16 | MR. AND MRS. SMITH (Season One): Publishing Episode, The | PA 891690 |
| | MR. AND MRS. SMITH (Season One): Coma Episode, The | PA 891687 |
| 17 | MR. AND MRS. SMITH (Season One): Kidnapping Episode, The | PA 891691 |
| | MR. AND MRS. SMITH (Season One): Space Flight Episode, The | PA 891693 |
| 18 | MR. AND MRS. SMITH (Season One): Big Easy Episode, The | PA 891683 |
| 19 | MR. AND MRS. SMITH (Season One): Impossible Mission Episode, The | PA 891684 |
| | MR. AND MRS. SMITH (Season One): Bob Episode, The | PA 891682 |
| 20 | MR. AND MRS. SMITH (Season One): Sins of the Father Episode, The | PA 891692 |
| | My Demon Lover | PA 361832 |
| 21 | Night Watch | RE 849859 |
| | Nightmare of Elm Street | PA 277512 |
| 22 | NIGHTMARE ON ELM STREET 5: THE DREAM CHILD | PA 432153 |
| 23 | Razorback | PA 246883 |
| | Return of the Living Dead 2 | PA 368497 |
| 24 | Screwballs | PA 210444 |
| 25 | | 1. Ep 1: Vortex.: PA 1193076 supplemented by PA 1266651. |
| 26 | Smallville Season 2 | 2. Ep.15: Prodigal: PA 1193089 supplemented by PA 1266664. |
| 27 | Someone's Watching Me | PA 36465 |
| | Tiny Toons Adventures: How I Spent My Vacation | PA 607231 |
| 28 | | |

| | |
|---|---|
| Tobe Hooper's NIGHT TERRORS | PAu1753975 supplement to PAu1750319 |
| TWILIGHT ZONE: THE MOVIE | PA 185632 |